IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| | |
|---|---|
| JEVESTER BYRAMS,<br><br>Plaintiff,<br><br>vs.<br><br>M TRUCKING, LLC; and TERRY LEE TAYLOR,<br><br>Defendants. | CV 24–2–M–DLC–KLD<br><br><br>ORDER |

The parties have filed a Stipulated Motion for Dismissal with Prejudice. (Doc. 36.) Through the motion, the parties stipulate to dismissal of the above-caption matter with prejudice.

Accordingly, IT IS ORDERED that the motion (Doc. 36) is GRANTED. This matter is DISMISSED with prejudice, with each party to bear its own attorney's fees and costs.

DATED this 7th day of November, 2024.

_Dana L. Christensen_
Dana L. Christensen, District Judge
United States District Court